**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00189-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAIME MADRID-GURROLA,
    a/k/a "Juan Vega-Felix," "Jaime," "Jefe Grande,"
2. PAULINO PARRA-RAYOS,
    a/k/a "Sinaloa," "Lino,"
3. SIGIFREDO CHAVEZ-CUEVAS,
    a/k/a "Alfredo Cuevas-Corral," "Alber," "Alfredo," "Sigi,"
4. RODRIGO VALENCIA-MONDRAGON,
    a/k/a "Adrian Valencia-Mondragon,"
5. EUJENIO MORENO,
    a/k/a "Gallo," "Orlando," "El Pintor,"
6. CHARLES LESTER CLAPP,
    a/k/a "Charles Clapp," "Chuck Lester Clapp," "Chuck," "Panson," "Marrana," "Tubos,"
7. JESUS MALDONADO JUNIOR,
    a/k/a "Junior Jesus Maldonado," "Junior Maldonado," "Jesus Maldonado," "Junior," "Brujilla," "Brujita,"
8. ARTURO JULIO ZATARAIN-MORROY,
    a/k/a "Arturo Zatarain," "Arturo Julio Zatarain," "Julio Zatarain-Morro," "Julio Morroy," "Turbo, " "Toast,"
9. ANTHONY LEE VALDEZ,
    a/k/a "Anthony Valdez,"
10. JAVIER MARMOLEJO-MEDINA,
    a/k/a "Javier Marmolejo," "Francisco Javier Marmolejo," "Antonio Palacios," "Francisco Javier Marmole," "Pony," "Cacheton,"
11. MARIO ALBERTO BORJA-SALAS,
    a/k/a "Mario Borja," "Santa's Helper," "Mayito,"
12. CHRISTOPHER HYUONGHUNG REIVICH,
    a/k/a "Chino," "Arroz,"
13. JOSE ANTONIO MARTINEZ-SOLIS,
    a/k/a "Calson," "El Pintor,"
14. URIEL REYES-MACIAS,
    a/k/a "Jose Antonio Martinez-Solis,"

15. TOBY LOPEZ,
16. MATTHEW WOLFE ROSEN,
    a/k/a "Cojiba," "Cohiba,"
17. OBED ISRAEL HIDLAGO-HERNANDEZ,
    a/k/a "Israel,"
18. OSVALDO QUIROZ-ZUNIGA,
    a/k/a "Valdo,"
19. ERNESTO ALEJANDRO GUTIERREZ,
    a/k/a "El Diablo," "Guerro," "Ernesto Gutierrez,"
20. JESUS ALBERTO REYES-LOPEZ,
    a/k/a "Alberto Reyes-Lopez," "Alberto," "Yogi," "Cinco,"
21. JOSE ROBERTO VASQUEZ,
    a/k/a "Jose Robert Vasquez," "Taliban," and
22. JOSE GABINO RODRIGUEZ-RIVERA,
    a/k/a "Zacatecas,"

Defendants.

## ORDER GRANTING DISCLOSURE OF GRAND JURY MATERIAL

This matter is before the Court on the Government's Motion to Disclose Grand Jury Material (Doc. # 210), pursuant to Fed.R.Crim.P. 6(e)(3)(E)(I).  Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.  It is, therefore,

ORDERED that the Government's motion is GRANTED, and that Grand Jury material may be disclosed to the Defendants and Defendants' attorneys in the course of discovery in this case.  It is

FURTHER ORDERED that such materials shall be used only in defending this case; that such materials shall be disclosed only to the Defendants and their counsel; that the Defendants' attorneys shall maintain custody of such materials, and shall not

reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of this case.

DATED:  May   20  , 2009

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge